IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
TEXARKANA DIVISION

DAVID E. WILLIAMS                                                  PLAINTIFF

VS.                           Civil No. 09-CV-4043

MILLER COUNTY CIRCUIT COURT;
KIRK JOHNSON and JIM GUNTER,
Prosecuting Attorneys, Miller County, Arkansas                      DEFENDANTS

## ORDER

Now on this 22nd day of September, 2009, comes on for consideration the proposed findings and recommendations filed herein on August 11, 2009, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days having passed without objections being filed by the parties, the court hereby adopts *in toto* the findings and recommendations.

Accordingly, the Court finds that this case should be and is hereby dismissed. The claims asserted are against defendants who are immune from suit and the claims are barred by the applicable statute of limitations. Further, the plaintiff has failed to state claims upon which relief may be granted and also failed to obey the order of this court. *See* 28 U.S.C. § 1915(e)(2)(B)(I)-(iii)(IFP action, or any portion thereof, may be dismissed on such grounds at any time); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                                                                    /s/ Harry F. Barnes
                                                                    **HARRY F. BARNES**
                                                                    **U.S. DISTRICT JUDGE**